**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-2302**

───────────

GRAHAM SCHIFF,

       Plaintiff - Appellant,

    v.

ANTHONY BROWN, in his official capacity as Attorney General of Maryland,

       Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Mark Coulson, Magistrate Judge.  (1:23-cv-01376-JMC)

───────────

Submitted:  May 21, 2024                    Decided:  May 23, 2024

───────────

Before WYNN and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Graham Schiff, Appellant Pro Se.  James Nelson Lewis, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Graham Schiff appeals the magistrate judge's order granting Appellee Anthony Brown's motion to dismiss Schiff's complaint.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the magistrate judge's order. *Schiff v. Brown*, No. 1:23-cv-01376-JMC (D. Md. Nov. 20, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The parties consented to proceeding before a magistrate judge.